Alexander C.D. Giza, Bar No. 212327
agiza@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Defendant
PCP GROUP, LLC a/k/a PELLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R.S. HUGHES COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCP GROUP, LLC a/k/a Pellon, a Florida Limited Liability Company,<br><br>Defendant. | CASE NO. C 09-04846-~~BZ~~ VRW<br><br>**STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

The parties to this action, by and through their respective attorneys of record, hereby STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on or about October 9, 2009, plaintiff R.S. Hughes Company, Inc. (hereinafter "R.S. Hughes") filed a complaint against defendants PCP Group, LLC a/k/a Pellon (hereinafter "Pellon");

WHEREAS, Pellon filed a Motion to Dismiss the complaint which is currently set for hearing on February 25, 2010;

WHEREAS, the parties have agreed to allow Pellon until February 16, 2010 to file its reply brief;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, by

and through their respective counsel of record as follows:

Pellon's Reply to R.S. Hughes' Opposition to the Motion to Dismiss the complaint shall be due on February 16, 2010.

**IT IS SO STIPULATED.**

Dated: February 11, 2010

HOPKINS & CARLEY
A Law Corporation

By: /s/ Dori L. Yob
Dori L. Yob
Attorneys for Plaintiff
R.S. HUGHES COMPANY, INC.

Dated: February 11, 2010

RUSS, AUGUST & KABAT

By: /s/ Alexander Giza /AC with permission
Alexander C.D. Giza
Attorneys for Defendant
PCP Group, LLC a/k/a Pellon

Good cause appearing therefore, and based on the stipulation of the parties, it is hereby ordered that:

(1) The deadline for filing Pellon's Reply brief is now February 16, 2010.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/16/2010

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 11, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule 5-6(a)(2). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: February 11, 2010         /s/ Alexander Giza
                                 Alexander Giza