1   Alexander C.D. Giza, Bar No. 212327
    agiza@raklaw.com
2   RUSS, AUGUST & KABAT
    12424 Wilshire Blvd., Suite 1200
3   Los Angeles, CA 90025
    Telephone:  (310) 826-7474
4   Facsimile:  (310) 826-6991

5   Attorneys for Defendant
    PCP GROUP, LLC a/k/a PELLON
6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11  R.S. HUGHES COMPANY, INC., a          CASE NO.  C 09-04846~~BZ~~    VRW
    California corporation,
12                                        **STIPULATION AND ORDER TO ADJUST**
13                  Plaintiff,            **BRIEFING SCHEDULE ON**
                                          **DEFENDANT'S MOTION TO DISMISS**
14  v.

15  PCP GROUP, LLC a/k/a Pellon, a Florida
    Limited Liability Company,
16
                    Defendant.
17

18       The parties to this action, by and through their respective attorneys of record, hereby

19  STIPULATE AND AGREE AS FOLLOWS:

20       WHEREAS, on or about October 9, 2009, plaintiff R.S. Hughes Company, Inc.

21  (hereinafter "R.S. Hughes") filed a complaint against defendants PCP Group, LLC a/k/a Pellon

22  (hereinafter "Pellon");

23       WHEREAS, Pellon filed a Motion to Dismiss the complaint which is currently set for

24  hearing on February 25, 2010;

25       WHEREAS, the parties have agreed to allow Pellon until February 16, 2010 to file its

26  reply brief;

27       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, by

28

679651.1

1   and through their respective counsel of record as follows:

2        Pellon's Reply to R.S. Hughes' Opposition to the Motion to Dismiss the complaint shall

3   be due on February 16, 2010.

4   **IT IS SO STIPULATED.**

5
6   Dated: February __11__, 2010                    HOPKINS & CARLEY
                                                    A Law Corporation
7
8                                                   By: _____
9                                                       Dori L. Yob
                                                        Attorneys for Plaintiff
10                                                      R.S. HUGHES COMPANY, INC.

    Dated: February __11__, 2010                   RUSS, AUGUST & KABAT
11
12                                                  By:_____ /AC with
13                                                     Alexander C.D. Giza           permission
                                                       Attorneys for Defendant
14                                                     PCP Group, LLC a/k/a Pellon

15
16        Good cause appearing therefore, and based on the stipulation of the parties, it is hereby

17  ordered that:

18        (1)   The deadline for filing Pellon's Reply brief is now February 16, 2010.

19
20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21
22
23  Dated:   2/16/2010                             _____
                                                    United S...
24
25                                                  GRANTED
26                                                  Judge Vaughn R Walker
27
28

679651.1                              - 2 -

STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - CASE NO. 09-04846 BZ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 11, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule 5-6(a)(2). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: February 11, 2010                 /s/ Alexander Giza
                                         Alexander Giza